UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

------------------------------------------------------------x

JIMMY DABBAH,
*Plaintiff,*

v.

Case No. 2:24-cv-04267 (MEF)(JSA)

CHOICE HOME WARRANTY, YEHUDAH "JUDAH" ESSES, and MARLA RAMIREZ,

*Defendants.*

**ANSWER TO FIRST AMENDED COMPLAINT**

------------------------------------------------------------x

By and through counsel Defendants, CHW Group, Inc. d/b/a Choice Home Waranty, i/p/a Choice Home Warranty, Yehudah Esses, and Marla Ramirez ("Defendants"), hereby answer Plaintiff's Amended Complaint as follows:

**NATURE OF ACTION**

1. This paragraph states a legal conclusion to which no response is required. Plaintiff is left to his proofs.

**JURISDICTION AND VENUE**

2. This paragraph states a legal conclusion to which no response is required.

3. This paragraph states a legal conclusion to which no response is required.

4. This paragraph states a legal conclusion to which no response is required.

5. This paragraph states a legal conclusion to which no response is required.

**PARTIES**

6. This paragraph states a legal conclusion to which no response is required.

7. Admitted.

8. Admitted.

9. Admitted.

10. This paragraph states a legal conclusion to which no response is required.

11. This paragraph states a legal conclusion to which no response is required. Plaintiff is left to his proofs.

12. This paragraph states a legal conclusion to which no response is required.

13. Admitted that Ramirez is a natural person.

## **FACTS COMMON TO ALL CLAIMS**

### ***Mr. Dabbah's Employment with CHW***

14. Admitted.

15. Admitted.

16. Defendants are without sufficient information to admit or deny the facts stated in this paragraph. Plaintiff is left to his proofs.

17. Defendants are without sufficient information to admit or deny the facts stated in this paragraph. Plaintiff is left to his proofs.

### ***CHW's Leave Policy***

18. Defendants are without sufficient information to admit or deny the facts stated in this paragraph. Plaintiff is left to his proofs.

19. Defendants are without sufficient information to admit or deny the facts stated in this paragraph. Plaintiff is left to his proofs.

20. Defendants are without sufficient information to admit or deny the facts stated in this paragraph. Plaintiff is left to his proofs.

21. Defendants are without sufficient information to admit or deny the facts stated in this paragraph. Plaintiff is left to his proofs.

22. Defendants are without sufficient information to admit or deny the facts stated in this paragraph. Plaintiff is left to his proofs.

23. Defendants are without sufficient information to admit or deny the facts stated in this paragraph. Plaintiff is left to his proofs.

24. Defendants are without sufficient information to admit or deny the facts stated in this paragraph. Plaintiff is left to his proofs.

25. Defendants are without sufficient information to admit or deny the facts stated in this paragraph. Plaintiff is left to his proofs.

26. Defendants are without sufficient information to admit or deny the facts stated in this paragraph. Plaintiff is left to his proofs.

***Mr. Dabbah's Request for Leave & Defendants' Unlawful Behavior***

27. This paragraph states a legal conclusion to which no response is required.

28. Defendants are without sufficient information to admit or deny the facts stated in this paragraph. Plaintiff is left to his proofs.

29. Defendants are without sufficient information to admit or deny the facts stated in this paragraph. Plaintiff is left to his proofs.

30. This paragraph states a legal conclusion to which no response is required.

31. Defendants are without sufficient information to admit or deny the facts stated in this paragraph. Plaintiff is left to his proofs.

32. Defendants are without sufficient information to admit or deny the facts stated in this paragraph. Plaintiff is left to his proofs.

33. Defendants are without sufficient information to admit or deny the facts stated in this paragraph. Plaintiff is left to his proofs.

34. Defendants are without sufficient information to admit or deny the facts stated in this paragraph. Plaintiff is left to his proofs.

35. Defendants are without sufficient information to admit or deny the facts stated in this paragraph. Plaintiff is left to his proofs.

36. This paragraph states a legal conclusion to which no response is required. Plaintiff is left to his proofs.

37. Defendants are without sufficient information to admit or deny the facts stated in this paragraph. Plaintiff is left to his proofs.

38. Defendants are without sufficient information to admit or deny the facts stated in this paragraph. Plaintiff is left to his proofs.

39. Defendants are without sufficient information to admit or deny the facts stated in this paragraph. Plaintiff is left to his proofs.

40. Denied.

41. Denied.

42. Defendants are without sufficient information to admit or deny the facts stated in this paragraph. Plaintiff is left to his proofs.

43. Defendants are without sufficient information to admit or deny the facts stated in this paragraph. Plaintiff is left to his proofs.

44. Defendants are without sufficient information to admit or deny the facts stated in this paragraph. Plaintiff is left to his proofs.

45. Defendants are without sufficient information to admit or deny the facts stated in this

paragraph. Plaintiff is left to his proofs.

46. Defendants are without sufficient information to admit or deny the facts stated in this paragraph. Plaintiff is left to his proofs.

47. Defendants are without sufficient information to admit or deny the facts stated in this paragraph. Plaintiff is left to his proofs.

48. This paragraph states a legal conclusion to which no response is required. Plaintiff is left to his proofs.

49. Defendants are without sufficient information to admit or deny the facts stated in this paragraph. Plaintiff is left to his proofs.

50. Defendants are without sufficient information to admit or deny the facts stated in this paragraph. Plaintiff is left to his proofs.

51. This paragraph states a legal conclusion to which no response is required.

52. This paragraph states a legal conclusion to which no response is required.

53. This paragraph states a legal conclusion to which no response is required.

54. This paragraph states a legal conclusion to which no response is required.

55. This paragraph states a legal conclusion to which no response is required.

56. This paragraph states a legal conclusion to which no response is required.

***Defendant’s Continue Retaliating Against Mr. Dabbah Post-Termination***

57. Defendants are without sufficient information to admit or deny the facts stated in this paragraph. Plaintiff is left to his proofs.

58. This paragraph states a legal conclusion to which no response is required.

59. Defendants are without sufficient information to admit or deny the facts stated in this paragraph. Plaintiff is left to his proofs.

60. This paragraph states a legal conclusion to which no response is required.

61. Defendants are without sufficient information to admit or deny the facts stated in this paragraph. Plaintiff is left to his proofs.

62. Defendants are without sufficient information to admit or deny the facts stated in this paragraph. Plaintiff is left to his proofs.

63. Defendants are without sufficient information to admit or deny the facts stated in this paragraph. Plaintiff is left to his proofs.

**FIRST COUNT**
**(FMLA INTERFERANCE AGAINT ALL DEFENDANTS)**

64. Defendants repeats and incorporates its responses to the preceding paragraphs as if fully set forth herein.

65. This paragraph states a legal conclusion to which no response is required.

66. This paragraph states a legal conclusion to which no response is required.

67. This paragraph states a legal conclusion to which no response is required.

68. This paragraph states a legal conclusion to which no response is required.

69. This paragraph states a legal conclusion to which no response is required.

70. This paragraph states a legal conclusion to which no response is required.

71. This paragraph states a legal conclusion to which no response is required.

72. This paragraph states a legal conclusion to which no response is required.

73. This paragraph states a legal conclusion to which no response is required.

74. This paragraph states a legal conclusion to which no response is required.

75. This paragraph states a legal conclusion to which no response is required.

***WHEREFORE***, Defendants request that Plaintiff's Complaint be dismissed with prejudice and judgment be entered in favor of the Defendants, together with attorneys' fees and costs of suit.

**SECOND COUNT**
**(FMLA RETALIATION AGAINST ALL DEFENDANTS)**

76. Defendant repeats and incorporates its responses to the preceding paragraphs as if fully set forth herein.

77. This paragraph states a legal conclusion to which no response is required.

78. This paragraph states a legal conclusion to which no response is required.

79. This paragraph states a legal conclusion to which no response is required.

80. This paragraph states a legal conclusion to which no response is required.

81. This paragraph states a legal conclusion to which no response is required.

82. This paragraph states a legal conclusion to which no response is required.

83. This paragraph states a legal conclusion to which no response is required.

84. This paragraph states a legal conclusion to which no response is required.

85. This paragraph states a legal conclusion to which no response is required.

86. This paragraph states a legal conclusion to which no response is required.

***WHEREFORE***, Defendants request that Plaintiff's Complaint be dismissed with prejudice and judgment be entered in favor of the Defendants, together with attorneys' fees and costs of suit.

**THIRD COUNT**
**(NJFLA INTEREFERENCE &**
**WRONGFUL DISCHARGE AGAINST ALL DEFENDANTS)**

87. Defendant repeats and incorporates its responses to the preceding paragraphs as if fully set forth herein.

88. Admitted.

89. This paragraph states a legal conclusion to which no response is required.

90. This paragraph states a legal conclusion to which no response is required.

91. This paragraph states a legal conclusion to which no response is required.

92. This paragraph states a legal conclusion to which no response is required.

93. This paragraph states a legal conclusion to which no response is required.

94. This paragraph states a legal conclusion to which no response is required.

95. This paragraph states a legal conclusion to which no response is required.

96. This paragraph states a legal conclusion to which no response is required.

97. This paragraph states a legal conclusion to which no response is required.

98. This paragraph states a legal conclusion to which no response is required.

99. This paragraph states a legal conclusion to which no response is required.

***WHEREFORE***, Defendants request that Plaintiff's Complaint be dismissed with prejudice and judgment be entered in favor of the Defendants, together with attorneys' fees and costs of suit.

**FOURTH COUNT**
**(NJFLA RETALIATION AGAINST ALL DEFENDANTS)**

100. Defendant repeats and incorporates its responses to the preceding paragraphs as if fully set forth herein.

101. This paragraph states a legal conclusion to which no response is required.

102. This paragraph states a legal conclusion to which no response is required.

103. Defendants are without sufficient information to admit or deny the facts stated in this paragraph. Plaintiff is left to his proofs.

104. This paragraph states a legal conclusion to which no response is required.

105. This paragraph states a legal conclusion to which no response is required.

106. This paragraph states a legal conclusion to which no response is required.

107. This paragraph states a legal conclusion to which no response is required.

108. This paragraph states a legal conclusion to which no response is required.

109. This paragraph states a legal conclusion to which no response is required.

110. This paragraph states a legal conclusion to which no response is required.

***WHEREFORE***, Defendants request that Plaintiff's Complaint be dismissed with prejudice and judgment be entered in favor of the Defendants, together with attorneys' fees and costs of suit.

**FIFTH COUNT**
**(VIOLATION OF THE NEW JERSEY LAW AGAINST DISCRIMINATION AGAINST ALL DEFENDANTS-DISCRIMINATION)**

111. Defendant repeats and incorporates its responses to the preceding paragraphs as if fully set forth herein.

112. This paragraph states a legal conclusion to which no response is required.

113. This paragraph states a legal conclusion to which no response is required.

114. This paragraph states a legal conclusion to which no response is required.

115. This paragraph states a legal conclusion to which no response is required.

116. This paragraph states a legal conclusion to which no response is required.

117. This paragraph states a legal conclusion to which no response is required.

118. This paragraph states a legal conclusion to which no response is required.

119. This paragraph states a legal conclusion to which no response is required.

120. This paragraph states a legal conclusion to which no response is required.

121. This paragraph states a legal conclusion to which no response is required.

122. This paragraph states a legal conclusion to which no response is required.

123. This paragraph states a legal conclusion to which no response is required.

***WHEREFORE***, Defendants request that Plaintiff's Complaint be dismissed with prejudice and judgment be entered in favor of the Defendants, together with attorneys' fees and costs of suit.

**SIXTH COUNT**
**(RETALIATION IN VIOLATION OF NEW JERSEY LAW AGAINST DISCRIMINATION AGAINST ALL DEFENDANTS)**

124. Defendant repeats and incorporates its responses to the preceding paragraphs as if fully set forth herein.

125. This paragraph states a legal conclusion to which no response is required.

126. This paragraph states a legal conclusion to which no response is required.

127. This paragraph states a legal conclusion to which no response is required.

128. This paragraph states a legal conclusion to which no response is required.

129. This paragraph states a legal conclusion to which no response is required.

130. This paragraph states a legal conclusion to which no response is required.

131. This paragraph states a legal conclusion to which no response is required.

132. This paragraph states a legal conclusion to which no response is required.

133. This paragraph states a legal conclusion to which no response is required.

134. This paragraph states a legal conclusion to which no response is required.

***WHEREFORE***, Defendants request that Plaintiff's Complaint be dismissed with prejudice and judgment be entered in favor of the Defendants, together with attorneys' fees and costs of suit.

**SEVENTH COUNT**
**(POST-TERMINATION RETALIATION IN VIOLATION OF NEW JERSEY LAW DISCRIMINATION AGAINST ALL DEFENDANTS)**

135. Defendant repeats and incorporates its responses to the preceding paragraphs as if fully set forth herein.

136. This paragraph states a legal conclusion to which no response is required.

137. This paragraph states a legal conclusion to which no response is required.

138. This paragraph states a legal conclusion to which no response is required.

139. This paragraph states a legal conclusion to which no response is required.

140. This paragraph states a legal conclusion to which no response is required.

141. This paragraph states a legal conclusion to which no response is required.

142. This paragraph states a legal conclusion to which no response is required.

***WHEREFORE***, Defendants request that Plaintiff's Complaint be dismissed with prejudice and judgment be entered in favor of the Defendants, together with attorneys' fees and costs of suit.

## AFFIRMATIVE AND OTHER DEFENSES

Defendants assert the following defenses the Complaint:

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, because the Complaint fails to state a claim, in whole or in part, upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the equitable doctrines of waiver, estoppel, laches, or unclean hands.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred because Plaintiff has not been damaged by any conduct or alleged conduct of Defendants.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to address what claims are being asserted against each defendant, leaving Defendants unable to properly and adequately respond and defend itself.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the applicable statutes of limitations.

**SIXTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred, in whole or in part, as any alleged damages were caused by Plaintiff's own actions, and Plaintiff's actions bar any recovery against Defendants.

**SEVENTH AFFIRMATIVE DEFENSE**

Plaintiff failed to take reasonable steps to reduce or mitigate his alleged damages claims.

**RESERVATION OF DEFENSES, CROSSCLAIMS AND COUNTERCLAIMS**

Defendants reserve the right to further amend this Answer to plead such other affirmative defenses that cannot be anticipated at this time, but which may become apparent and applicable during the pendency of this lawsuit, by reason of future discovery and by reason of allegations and answers of any party.

By: ________________________________

Richard M. Grace, Esq.
(NJ Attorney ID. 379362021)
Assistant General Counsel
**Choice Home Warranty**
2147 Route 27 South
Edison, NJ 08817
(732)455-2437
rgrace@choicehomewarranty.com

Dated: February 13, 2026